IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

DENNIS GOLDSBERRY,                                    NO. 3:11-cv-00058-CRW-RAW
Plaintiff,

vs.                                                                    ORDER

IOWA, CHICAGO & EASTERN
RAILROAD CORPORATION, DAKOTA,
MINNESOTA & EASTERN RAILROAD
CORPORATION, SOO LINE
RAILROAD COMPANY, SOO LINE
RAILROAD COMPANY d/b/a
CANADIAN PACIFIC RAILWAY,
CANADIAN PACIFIC RAILWAY and
I & M RAIL LINK, LLC,
Defendants.

The deadline for filing closing documents in this case was **March 9, 2012**. The

parties filed no closing documents.  This case is dismissed pursuant to Local Rule 41.c.

Within 60 days, either party may petition to have the case reinstated after

showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

Dated this 13th day of March, 2012.

_____
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT